814

Certiorari denied. *Roger Kent* for petitioner. *Lyman Henry* for the Palace Hotel Co.; and *Farnham P. Griffiths* and *Morris M. Doyle* for the Bank of California et al., respondents.

No. 52. MAROOSIS *v.* SMYTH, COLLECTOR OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied. *A. Russell Berti* for petitioner. *Solicitor General Perlman, Assistant Attorney General Caudle, Ellis N. Slack* and *S. Dee Hanson* for respondent.

No. 53. RUBINO ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied. *Wareham C. Seaman* for petitioners. *Solicitor General Perlman, Assistant Attorney General Caudle, Ellis N. Slack* and *L. W. Post* for respondent.

No. 55. CLOUGHERTY *v.* JAMES VERNOR Co. C. A. 6th Cir. Certiorari denied. *Arthur J. Hass* for petitioner. *Wilber M. Brucker* for respondent.

No. 56. WINROD *v.* McFADDEN PUBLICATIONS, INC. C. A. 7th Cir. Certiorari denied. *John F. Eberhardt* for petitioner. *Loy N. McIntosh* and *Frederick Secord* for respondent.

No. 57. MORENO *v.* UNITED STATES. Court of Claims. Certiorari denied. *LaVern R. Dilweg, T. Bruce Fuller* and *R. H. McNeill* for petitioner. *Solicitor General Perlman, Assistant Attorney General Baldridge, Samuel D. Slade* and *Morton Hollander* for the United States.